# Court of Appeals
# of the State of Georgia

ATLANTA,  October 31, 2016

*The Court of Appeals hereby passes the following order:*

**A17A0504.  JERRY MCLEOD v. JERE DUKES et al.**

Jerry McLeod filed an "Amended and Verified Motion for Declaratory Judgment and Petition for Writ of Mandamus" in the superior court.  In seeking mandamus relief, McLeod requested that the superior court: (1) bar officials in the Brooks County Tax Assessor's Office from filing any tax levies or liens on properties he claimed to own, and from conducting any tax sales of the properties; and (2) compel the officials to vacate all tax appraisals made on the properties and make new appraisals.  McLeod claimed that the officials failed to provide him with notice of changes in tax appraisals or notice of any property taxes due.  The superior court issued an order denying the requested relief.  McLeod filed a motion for new trial, which the superior court also denied.  McLeod then appealed to this Court.

Under our Constitution, the Supreme Court has exclusive appellate jurisdiction over all cases involving extraordinary remedies, including mandamus.  See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (5); *Mid-Georgia Environmental Mgt. Group, L.L.P. v. Meriwether County*, 277 Ga. 670, 671 (1) (594 SE2d 344) (2004).  Because the order in this case addresses the appropriateness of mandamus relief, this appeal is hereby TRANSFERRED to the Supreme Court for disposition.  See *Saxton v. Coastal Dialysis &c.*, 267 Ga. 177, 178 (476 SE2d 587) (1996) (Supreme Court has the ultimate responsibility for determining appellate jurisdiction).



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,*____10/31/2016____
   *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*